**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**JULIO AUGUSTIN,**

    **Petitioner,**

**vs.**                                              **Case No. 4:08cv56-RH/WCS**

**MICHAEL B. MUKASEY, et al.,**

    **Respondents.**

_____/


## REPORT AND RECOMMENDATION

    Petitioner, proceeding *pro se*, previously filed a motion to preclude change of venue and deny any motion to dismiss based on failure to prosecute for a changed address, should one be filed by Respondents.  Doc. 17.  Petitioner's motion was denied on April 25, 2008.  Doc. 22.  The order, which was sent to Petitioner's notice of change of address filed on April 7, 2008, doc. 20, was returned to the Court as undeliverable. Doc. 23.

    After receiving that mail return, an order was entered on May 9, 2008, directing Respondents to file a response and advise the Court as to Petitioner's custody status and, in particular, whether Petitioner had been released.  Doc. 24.  Respondents have filed a motion to dismiss on May 15, 2008, advising that Petitioner "was released from the custody of Immigration and Customs Enforcement (ICE) on April 25, 2008."  Doc.

25. Respondents state that "since the government of Bahamas declined to issue Petitioner travel documents," Petitioner was released. *Id.*, at 2. Attached to the motion is a print-out showing that Petitioner was released to supervision, apparently from Krome Detention Center. Ex. 1; doc. 25-2. No address has been provided for Petitioner's residence upon release. Nevertheless, Respondents assert this "case no longer presents a case or controversy which can provide Petitioner the relief he has sought herein, release from ICE detention, and thus the case is moot. Doc. 25, p. 1.

As Petitioner has been granted the relief he sought, release from detention, no further action need be taken on this case. This petition is, accordingly, moot and the motion to dismiss should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 25, be **GRANTED** and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Julio Augustin**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on May 16, 2008.


    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:08cv56-RH/WCS